INDEX # __08 CV 5253__
Date Filed: __June 9, 2008__
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**                                     DISTRICT: **SOUTHERN DISTRICT OF NEW YORK**

Attorneys: LAUREN P. RAYSOR, ESQ.   PH: 212-946-2605
Address:   11 PENN PLAZA, SUITE 500  NEW YORK  NY  10001   File No.: _____

*ANTHONY HOLLY*

*vs*                                                                                              *Plaintiff(s)/Petitioner(s)*

*POLICE OFFICER MCCOLLUM, INDV, ET AL*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                **AFFIDAVIT OF SERVICE**

___Cory Banks___, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___July 7, 2008___ at ___12:51PM___, at ___100 CHURCH STREET, NEW YORK, NY 10007___, deponent served the within ___Summons and Complaint___

on: ___**CORPORATION COUNSEL**___, ___**Defendant**___ therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]  By delivering thereat a true copy of each to ___JERRY BRADSHAW___ personally, deponent knew the person so served to be the ___AGENT AUTHORIZED___ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____  _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____.

**#5 MAIL COPY** [ ]  On _____, deponent completed service by depositing a true copy of each document to the Defendant at 100 CHURCH STREET, NEW YORK, NY 10007 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail #_____

**#6 DESCRIPTION** [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: __Male__   Color of skin: __Black__   Color of hair: __Black__   Age: __40 - 50 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __161 - 200 Lbs.__   Other Features: _____

**#7 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ]  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on ___July 9, 2008___

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Cory Banks
Server's Lic # 1166423
Invoice/Work Order # 08017779

*SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*