# Lauren P. Raysor Esq.   ATTORNEY AT LAW

11 Penn Plaza, Suite 500
New York, New York 10001

phone 212.946.2605
fax 212.304.3495
e-mail lpraysor@verizon.net
web www.lpraysor.com

July 23, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08



RECEIVED
JUL 23 2008
CHAMBERS OF
RICHARD J. HOLWELL

Judge Richard J. Holwell
United States District Court
Southern District of NY
New York, NY 10007

Re: Holly v. McCollum et al
Case No.: 1:08-cv-05253-RJH

Honorable Holwell:

I am the Attorney for the Plaintiff in the above-reference complaint. Plaintiff Holly respectfully requests an adjournment for the conference which was rescheduled for July 24, 2008, due to the fact that we have not been able to serve the Police Officers.

No previous request for an adjournment has been made.

Thank you for your consideration on this matter.

Respectfully submitted,

Lauren Raysor (sp.)
Lauren P. Raysor, Esq.

LPR/jc

Conference adjourned to
8/5/08 at 10:30 a.m.

SO ORDERED

USDJ
7/23/08