# Lauren P. Raysor Esq.    ATTORNEY AT LAW

11 Penn Plaza, Suite 500  
New York, New York 10001

phone 212.946.2605  
fax 212.304.3495  
e-mail lpraysor@verizon.net  
web www.lpraysor.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```

July 25, 2008



Judge Richard J. Holwell  
United States District Court  
Southern District of NY  
New York, NY 10007

        Re:    Holly v. McCollum et al  
        Case No.: 1:08-cv-05253-RJH

Honorable Holwell:

    I am the Attorney for the Plaintiff in the above-reference complaint. Plaintiff Holly respectfully requests an adjournment for the conference which was rescheduled for September 5, 2008, due to the fact that I will be on vacation that day.

    Please note that I will not be available the following dates September 9, 10, 12, 15, 22, 29, 30, 2008.

    Thank you for your consideration on this matter.

Respectfully submitted,

Lauren Raysor (lp)  
Lauren P. Raysor, Esq.

*[Handwritten note: Conference adjourned to 10/3/08 at 10:00am. SO ORDERED. RJH USDJ 7/30/08]*

LPR/jc