USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ANTHONY HOLLY,   :   08 Civ. 05253 (RJH)

              Plaintiff,   :

   -against-   :   **ORDER**

P. O. McCOLLUM, et al,   :

             Defendant.   :

------------------------------------------------------------x

       The pretrial conference presently scheduled for October 03, 2008 is adjourned to October 10, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 20, 2008
SO ORDERED:

                                    Richard J. Holwell
                                  United States District Judge